Case 8:21-cv-00647-KKM-TGW   Document 31   Filed 01/24/22   Page 1 of 3 PageID 208

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| JEANNINE COLEMAN and CHRISTOPHER BUSH, on behalf of herself, himself, and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO.<br>) 8:21-cv-00647-KKM-TGW |
| v. | ) |
| FORD MOTOR CREDIT COMPANY LLC d/b/a FORD CREDIT, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs, JEANNINE COLEMAN and CHRISTOPHER BUSH and Defendant, FORD MOTOR CREDIT COMPANY LLC, by and through their undersigned attorneys, hereby stipulate and agree that this action is dismissed *with prejudice* in its entirety, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ John A. Yanchunis* | */s/Jessica M. Kennedy* |
| OCTAVIO GOMEZ, ESQ.<br>Florida Bar No. 338620<br>PATRICK A. BARTHLE, ESQ.<br>Florida Bar No. 0099286<br>JOSHUA R. KERSEY, ESQ.<br>Florida Bar No. 0087578<br>JOHN A. YANCHUNIS, ESQ.<br>Florida Bar No. 324881 | JESSICA M. KENNEDY, ESQ.<br>Florida Bar No. 0096015<br>MCDONALD TOOLE WIGGINS, P.A.<br>111 N. Magnolia Avenue, Suite 1200<br>Orlando, FL 32801<br>Telephone: (407) 246-1800<br>Facsimile: (407) 246-1895 |

47068910.1

| | |
|---|---|
| MORGAN & MORGAN, P.A.<br>201 North Franklin Street<br>7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 221- 6590<br>Facsimile: (813) 223-5402<br>Primary Service Emails:<br>tgomez@forthepeople.com<br>*Attorneys for Plaintiffs* | Primary Service Emails:<br>jkennedy@mtwlegal.com,<br>Secondary Service Email:<br>e.service@mtwlegal.com<br>*Attorney for Defendant, Ford Motor Credit Company LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2022, the foregoing was electronically filed with the Clerk of Courts by using the CM/ECF system which will send a notice of electronic filing to:

Octavio Gomez, Esq., Joshua R. Kersey, Esq., Patrick A. Barthle, Esq., John A. Yanchunis, Esq., Jean Martin, Esq., Morgan & Morgan, P.A., 201 North Franklin Street, 7th Floor, Tampa, Florida 33602; tgomez@forthepeople.com;jkersey@forthepeople.com; pbarthle@forthepeople.com;jyanchunis@forthepeople.com; jeanmartin@forthepeople.com; *Attorneys for Plaintiffs*

Thomas M. Byrne, Esq., Valerie Sanders, Esq. Eversheds Sutherland (US) LLP, 999 Peachtree St. N.E. Ste. 2300, Atlanta, Georgia 30309; tombyrne@eversheds-sutherland.com; valeriesanders@eversheds-sutherland.com; *Co-counsel for Ford Motor Credit Company LLC*

        */s/ Jessica M. Kennedy*
        JESSICA M. KENNEDY, ESQ.
        Florida Bar No. 0096015
        MCDONALD TOOLE WIGGINS, P.A.
        111 N. Magnolia Avenue
        Suite 1200
        Orlando, FL  32801
        Telephone: (407) 246-1800

47068910.1

        Facsimile: (407) 246-1895
        Primary Service Email:
        Jkennedy@mtwlegal.com
        Secondary Service Email:
        e.service@mtwlegal.com
        *Co-counsel for Ford Motor Credit Company LLC*

47068910.1